MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    FAX: (415) 436-7234
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TOM KIM LOI LAM and <br> JIMMY GONG YAN LEE, <br>    a/k/a "Gong Yan Lee," <br><br> Defendants. | 14-CR-0652-VC <br><br> **STIPULATION AND [PROPOSED] ORDER** |

    The Government respectfully submits this Stipulation and Proposed Order on behalf of the parties to confirm that the initial appearance set for January 26, 2015 has been moved to February 3, 2015 at 1:30 pm, as well to confirm the exclusion of time under the Speedy Trial Act through February 3, 2015. The parties hereby stipulate and agree to the following:

    1. The defendants, Tom Kim Loi Lam and Jimmy Gong Yan Lee, are charged in the above-captioned indictment with: (1) conspiring to commit bribery involving a federal program; and (2) bribery involving a federal program. Defendant Lam is also charged individually with bribing a public official. Both defendants were released on bail following appearances in

Magistrate Court.

2. The parties were scheduled to make their initial appearance in the district court on January 26, 2015. However, due to scheduling conflicts, and with the agreement of the parties, the initial appearance has been moved to February 3, 2015 at 1:30 pm.

3. In addition, the parties stipulate that the exclusion of time under the Speedy Trial Act through February 3, 2015 would serve the interests of justice by ensuring the continuity of counsel, by allowing the Government to provide discovery, and by allowing the defense to review discovery.

SO STIPULATED.

DATED: January 21, 2015

MELINDA HAAG
United States Attorney

By:    /s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: January 21, 2015

   /s/
SARAH POTTER, ESQ.
STUART HANLON, ESQ.
Counsel for defendant Tom Kim Loi Lam

DATED: January 21, 2015

   /s/
BRANDON LEBLANC, ESQ.
Counsel for defendant Jimmy Gong Yan Lee

SO ORDERED.

DATED: January 21, 2015

HON. VINCE CHHABRIA
United States District Judge