STUART HANLON
LAW OFFICE OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103
t. (415) 864-5600
f. (415) 865-0376
stuart@stuarthanlonlaw.com

Attorney for Defendant LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TOM LAM,<br><br>　　　　Defendant | Case No.: 14-CR-000652- VC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA |

　　　The defendant, by and through his counsel, Stuart Hanlon, and the United States, by and through its counsel, Assistant U.S. Attorney Wilson Leung, hereby stipulate and move the Court to continue the date of the defendant's change of plea from June 9, 2015 at 1:00 p.m. to June 16, 2015 at 1:00 p.m. due to Mr. Hanlon's unavailability on June 9.

Dated: June 5, 2015　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STUART HANLON
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Lam

Dated: June 5, 2015　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILSON LEUNG
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ORDER**

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that defendant Tom Lam's sentencing hearing be continued to June 16, 2015 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: __June 5, 2015__          _____
                                   Hon. Vince Chhabria
                                   United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA - 2